IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMES EARL COSTON<br>**Debtor(s)** | |
| | CHAPTER 13 |
| WELLS FARGO BANK, N.A.<br>d/b/a WELLS FARGO DEALER SERVICES<br>**Moving Party** | Case No.: 16-17926 (JKF) |
| | **Hearing Date: 7-12-17 at 9:30 AM** |
| v. | |
| | 11 U.S.C. 362 |
| JAMES EARL COSTON<br>**Respondent(s)** | |
| WILLIAM C. MILLER<br>**Trustee** | |

## REQUESTS FOR ADMISSIONS

    Pursuant to Bankruptcy Rule 7036 and F.R.Civ. P.36, Movant hereby requests the following admissions of each respondent named above:

1. The Debtor has failed to make monthly payments due to Wells Fargo for the months of November 2016 through May 2017, for a total default of $2,216.55. If the answer is a denial, state the basis for the denial, including the dates and method(s) of payments made.

Respectfully submitted:

/s/ William E. Craig
William E. Craig
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Phone 856/866-0100, Fax: 856/722-1554
Bar ID 92329
Local Counsel for Wells Fargo Bank, N.A.
d/b/a Wells Fargo Dealer Services

Dated: __6/20/17_____