United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Earl Coston  
    Debtor  

Case No. 16-17926-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 22, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.  
db     +James Earl Coston,   4326 Glendale Street,   Philadelphia, PA 19124-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:

    JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com  
    JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal paeb@fedphe.com  
    JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com  
    JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov, james.feighan@phila.gov  
    JOSHUA Z. GOLDBLUM    on behalf of Creditor Karen Coston jzgoldblum@aol.com, G14492@notify.cincompass.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving H bkgroup@kmllawgroup.com  
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA National Assocation, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
    MICHAEL P. KUTZER    on behalf of Debtor James Earl Coston mpkutzer1@gmail.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pa.bkecf@fedphe.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal pa.bkecf@fedphe.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com;mortoncraigcf@gmail.com  
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com;mortoncraigcf@gmail.com  
    TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| IN RE: | : |
| **JAMES EARL COSTON** | : BK. No. 16-17926 JKF |
| **Debtor** | : |
| | : Chapter No. 13 |
| **OCWEN LOAN SERVICING, LLC** | : |
| **Movant** | : |
| v. | : |
| **JAMES EARL COSTON** | : |
| **Respondent** | : 11 U.S.C. §362 |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 22nd day of June, 2017, at **PHILADELPHIA**, upon Motion of **OCWEN LOAN SERVICING, LLC** (Movant), it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1108 WEST 3RD STREET, CHESTER, PA 19013-3622(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

JAMES E. COSTON, III
4326 GLENDALE STREET
PHILADELPHIA, PA 19124

MICHAEL P. KUTZER, ESQUIRE
1420 WALNUT STREET, SUITE 800
PHILADELPHIA, PA 19102-3604

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107