**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | |
| **JAMES EARL COSTON** | : | **BK. No. 16-17926 JKF** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-3, ASSET-BACKED CERTIFICATES, SERIES 2007-3** | : : : : : | |
| | : | **11 U.S.C. §362 & §1301** |
| **Movant** | : | |
| v. | : | |
| **JAMES EARL COSTON** | : | |
| **KAREN COSTON (Non-Filing Co-Mortgagor)** | : | |
| **Respondents** | | |

**ORDER MODIFYING §362 & §1301 AUTOMATIC STAY & CO-DEBTOR STAY**

**AND NOW**, this 17th day of July, 2017, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-3, ASSET-BACKED CERTIFICATES, SERIES 2007-3** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay & Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 & §1301 is granted with respect to, 2508 NORTH 33RD STREET, PHILADELPHIA, PA 19132-2806 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

MICHAEL P. KUTZER, ESQUIRE
1420 WALNUT STREET
SUITE 800
PHILADELPHIA, PA 19102-3604

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JAMES EARL COSTON
4326 GLENDALE STREET
PHILADELPHIA, PA 19124

KAREN COSTON
2508 NORTH 33RD STREET
PHILADELPHIA, PA 19132-2806