IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMES EARL COSTON<br>**Debtor(s)** | |
| | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | Case No.: 16-17926 (JKF) |
| v. | **Hearing Date:  6-21-17 at 9:30 AM** |
| JAMES EARL COSTON<br>**Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>**Trustee** | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to allow the movant to pursue its rights in the personal property described as a **2007 Infiniti FX45** bearing vehicle identification number JNRBS08W67X400206.

Date:  July 19, 2017

_____
UNITED STATES BANKRUPTCY JUDGE