United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Earl Coston  
    Debtor

Case No. 16-17926-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 19, 2017  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.  
db    +James Earl Coston,    4326 Glendale Street,    Philadelphia, PA 19124-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:

    JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com  
    JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal paeb@fedphe.com  
    JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com  
    JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov, james.feighan@phila.gov  
    JOSHUA Z. GOLDBLUM    on behalf of Creditor Karen Coston jzgoldblum@aol.com, G14492@notify.cincompass.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving H bkgroup@kmllawgroup.com  
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA National Assocation, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
    MICHAEL P. KUTZER    on behalf of Debtor James Earl Coston mpkutzer1@gmail.com  
    THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pa.bkecf@fedphe.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal pa.bkecf@fedphe.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
    TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMES EARL COSTON<br>**Debtor(s)** | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | Case No.: 16-17926 (JKF) |
| v. | **Hearing Date:  6-21-17 at 9:30 AM** |
| JAMES EARL COSTON<br>**Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>**Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to allow the movant to pursue its rights in the personal property described as a **2007 Infiniti FX45** bearing vehicle identification number JNRBS08W67X400206.

Date:  July 19, 2017

_____
UNITED STATES BANKRUPTCY JUDGE