United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                               Case No. 16-17926-jkf
James Earl Coston                                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett          Page 1 of 1              Date Rcvd: Jul 21, 2017
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db             +James Earl Coston,   4326 Glendale Street,   Philadelphia, PA 19124-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
      JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
      JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov, james.feighan@phila.gov
      JOSHUA Z. GOLDBLUM    on behalf of Creditor Karen  Coston jzgoldblum@aol.com, G14492@notify.cincompass.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving H bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA National Assocation, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MICHAEL P. KUTZER    on behalf of Debtor James Earl Coston mpkutzer1@gmail.com
      THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pa.bkecf@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For Etal pa.bkecf@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 20

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James Earl Coston         :        Chapter 13
                                 :
         Debtor                  :        Bky. No.  16-17926 JKF

# O R D E R

**AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 73) filed by **Specialized Loan Servicing LLC, as Servicer for the Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D** ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, any proof of claim previously filed by the **LENDER** is **DISALLOWED**.

Date: July 20, 2017

_____
**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**