Case 16-17926-jkf    Doc 95    Filed 07/23/17    Entered 07/24/17 01:14:22    Desc Imaged
                            Certificate of Notice    Page 1 of 3

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17926-jkf
James Earl Coston                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 2           Date Rcvd: Jul 21, 2017
                               Form ID: pdf900           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.
```
db             +James Earl Coston,    4326 Glendale Street,    Philadelphia, PA 19124-4318
cr             +Karen Coston,    6449 N. 15th Street,    Philadelphia, PA 19126-3503
cr             +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
13825415       +Aargon Agency As Agent For Peco Energy Company,    Peco Energy Company,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13822317        BRYN MAWR TRUST,    801 Lancaster Avenue,    Bryn Mawr, Pennsylvania 19010-3396
13822318        Capitol One Bank,    POB 30281,    Salt Lake City, Utah 84130-0281
13880724        HSBC Bank USA National Assocaition, as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
13880725        HSBC Bank USA National Association, as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
13822321       +Karen D. Coston,    4326 Glendale St.,    Philadelphia, Pennsylvania 19124-4318
13879033        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
                 West Palm Beach, FL, 33416-4605
13822323        PA DEPT OF REVENUE,    BUREAU OF INDIIDUAL TAXES,    P.O. BOX 280502,
                 HARRISBURG, Pennsylvania 17128-0502
13822324       +PHILADELPHIA FEDERAL CREDIT UNION,    12800 TOWNSEND ROAD,
                 PHILADELPHIA, Pennsylvania 19154-1095
13872969       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13828267       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13822325       +Santander Consumer USA, Inc.,    PO Box 961245,    Fort Worth, Texas 76161-0244
13822326        Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt lake City, Utah 84165-0250
13822327       +Sun East Federal Credit Union,    P.O. Box 2231,    Aston, Pennsylvania 19014-0231
13831239       +Sun East Federal Credit Union,    4500 Pennell Road,    Aston, PA 19014-1862
13869392       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13822328       +WELLS FARGO BANK,    WELLS FARGO AUTO FINANCE, POB 500,    CHESTER, Pennsylvania 19016-0500
13845147        Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
13879024        Wells Fargo Bank, National Association. Et al.,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL, 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 22 2017 01:27:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2017 01:27:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Jul 22 2017 01:27:27      City of Philadelphia,
                 City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 22 2017 01:30:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13915573        E-mail/Text: bankruptcy@phila.gov Jul 22 2017 01:27:27      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13822319       +E-mail/Text: cio.bncmail@irs.gov Jul 22 2017 01:26:22
                 Department of the Treasury Internal Reve,    Internal Revenue Service, POB  21126,
                 Philadelphia, Pennsylvania 19114-0326
13822322       +Fax: 407-737-5634 Jul 22 2017 03:10:40      OCWEN,    1661 WORTHINGTON ROAD, SUITE 100,
                 WEST PALM BEACH, Florida 33409-6493
13826144        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2017 01:37:39
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13823827       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2017 01:26:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Aargon Agency As Agent For Peco Energy Company
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13822320*      +Department of the Treasury, Internal Rev,    Internal Revenue Service, POB  21126,
                 Philadelphia, Pennsylvania 19114-0326
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Jul 21, 2017
                               Form ID: pdf900              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For
               Etal paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank National Association As Trustee
               For Etal paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               james.feighan@phila.gov
              JOSHUA Z. GOLDBLUM    on behalf of Creditor Karen  Coston jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to
               JPMorgan Chase Bank, National Association for CWHEQ Revolving H bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revolving Home Equity Loan Trust, Series 2007-D bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for HSBC Bank USA National Assocation, as Trustee on behalf of the certificate holders of
               Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL P. KUTZER    on behalf of Debtor James Earl Coston mpkutzer1@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving
               Home Equity Loan Trust, Series 2007-D tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank National Association As Trustee
               For Etal pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 20
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                 Chapter 13

16-17926-JKF      JAMES EARL COSTON

                Debtor(s)

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: July 21, 2017

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**