UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

   James Earl Coston                    :       Chapter 13
Debtor                                 :

                                      :       Case No. 16-17926 mdc

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 3,500.00 |
| Total expense cost: | $ |
| Attorney fee already paid by Debtor: | $ 1,200.00 |
| Net amount to be paid by Trustee: | $ 2,300.00 |

The net amount is to be paid by the trustee to Michael P. Kutzer, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

December 6, 2017

*Magdeline D. Coleman*
THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE