United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 16-17926-mdc
James Earl Coston                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 1              Date Rcvd: Dec 06, 2017
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db             +James Earl Coston,   4326 Glendale Street,   Philadelphia, PA 19124-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank National Association As Trustee For
               Etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank National Association As Trustee
               For Etal paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               james.feighan@phila.gov
              JOSHUA Z. GOLDBLUM    on behalf of Creditor Karen  Coston jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revolving Home Equity Loan Trust, Series 2007-D bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to
               JPMorgan Chase Bank, National Association for CWHEQ Revolving H bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for HSBC Bank USA National Assocation, as Trustee on behalf of the certificate holders of
               Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL P. KUTZER    on behalf of Debtor James Earl Coston mpkutzer1@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving
               Home Equity Loan Trust, Series 2007-D tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank National Association As Trustee
               For Etal pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 20

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

   James Earl Coston                          :          Chapter 13
Debtor                                     :

                                             :          Case No. 16-17926 mdc

_____

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 3,500.00 |
| Total expense cost: | $ |
| Attorney fee already paid by Debtor: | $ 1,200.00 |
| Net amount to be paid by Trustee: | $ 2,300.00 |

The net amount is to be paid by the trustee to Michael P. Kutzer, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

*Magdeline D. Coleman*

December 6, 2017                _____
                                   THE HONORABLE MAGDELINE D. COLEMAN
                                   UNITED STATES BANKRUPTCY JUDGE